Aveon JONES, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99736.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 10, 2013.

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN.

## ORDER

PER CURIAM.

The movant, Aveon Jones, appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order denying the movant's Rule 24.035 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).